IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD DRAYTON, :
    Petitioner :
 : No. 1:19-cv-100
v. :
 : (Judge Kane)
WARDEN DOUGLAS K. WHITE, :
    Respondent :

## ORDER

**AND NOW**, on this 21st day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**. This dismissal is **WITHOUT PREJUDICE** to Petitioner's right to challenge the lodging of the detainer against him by the Luzerne County District Attorney's Office once he has exhausted all available state court remedies; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                            s/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                            Middle District of Pennsylvania